**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>James Libert, On Behalf Of Himself
And All Others Similarly Situated</u>

    v.                                            Civil No. 05-cv-177-JM

<u>Mark W. Blodgett, Lawrence W. Blodgett
and StockerYale, Inc.</u>


<u>Graziella Peano, Individually And On
Behalf Of All Others Similarly Situated</u>

    v.                                            Civil No. 05-cv-195-JD

<u>Mark W. Blodgett, Lawrence W. Blodgett
and StockerYale, Inc.</u>


<u>Nickalus T. Holt, Individually And On
Behalf Of All Others Similarly Situated</u>

    v.                                            Civil No. 05-cv-202-SM

<u>Mark W. Blodgett, Lawrence W. Blodgett
and StockerYale, Inc.</u>

**ORDER CONSOLIDATING THE RELATED ACTIONS,
APPOINTING LEAD PLAINTIFFS, AND APPROVING
LEAD PLAINTIFFS' SELECTION OF COUNSEL**

The Rosen Law Firm P.A. and the law firm of Mallory and Friedman PLLC having filed a motion for consolidation of the related actions, appointment of lead plaintiffs, and for approval of lead plaintiffs' selection of lead counsel on behalf of Toto M.E. Siregar, Joseph Melancon, Jr., Kevin D. Schamehorn, Pete

Tsantes, and Jeffrey Smith (collectively the "Siregar Group") in the above-captioned actions; and

The law firm of Murray, Frank & Sailer, LLP and Mallory and Friedman, PLLC having filed a complaint on behalf of Graziella Peano in the above-captioned action case no. 1:05-cv-00195; and

The law firms of Orr & Reno PA and Milberg Weiss, Bershad & Schulman LLP having filed a complaint on behalf of Nickalus Holt in the above-captioned action case no. 1:05-cv-202; and

The court having considered the Siregar Group's motion for consolidation of the related actions, appointment of lead plaintiffs, and for approval of the lead plaintiffs' selection of lead counsel, and the memorandum of law submitted in support thereof; and

The declaration of counsel submitted to the court having shown that the Siregar Group, consisting of Toto M.E. Siregar, Joseph Melancon, Jr., Kevin D. Schamehorn, Pete Tsantes, and Jeffrey Smith, has suffered the largest monetary loss of all the proposed lead plaintiffs before the court and are therefore the most adequate lead plaintiffs in accordance with Section 27(a)(3)(B) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3)(B); and

This court, having considered the motions of the Siregar Group for consolidation of the related actions, appointment of lead plaintiffs, and for approval of lead plaintiffs' selection of lead counsel, the memoranda of law and declarations submitted in support and opposition thereof, hereby orders as follows:

1.   The above-captioned actions are consolidated for all purposes including, but not limited to, discovery, pretrial proceedings, and trial proceedings, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

2.   The above-captioned actions and any action hereafter consolidated shall be collectively referred to as "In re StockerYale, Inc. Securities Litigation," Master File No. 1:05cv00177.

3.   Any other civil actions now pending or hereafter filed in this district which arise out of the same facts and claims as alleged in these consolidated actions shall be consolidated with this action for all purposes if, as, and when the court is apprised of them.  The parties shall notify the court of any other action which is pending or filed outside of this district which may be related to the subject matter of these consolidated actions if and when they become aware of such actions.

4. Pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "1934 Act"), 15 U.S.C. § 78u-4(a)(3)(B) and Section 27(a)(3)(B) of the 1933 Act, 15 U.S.C. § 77z-1(a)(3)(B), the Siregar Group, consisting of Toto M.E. Siregar, Joseph Melancon, Jr., Kevin D. Schamehorn, Pete Tsantes, and Jeffrey Smith are appointed lead plaintiffs for the class.

5. Lead plaintiffs' selection of counsel is approved pursuant to Section 21D(a)(3)(B)(v) of the 1934 Act, 15 U.S.C. § 78u-4(a)(3)(B)(v) and Section 27(a)(3)(B)(v) of the 1933 Act, 15 U.S.C. § 77-1(a)(3)(B)(v), The Rosen Law Firm PA is appointed as lead counsel, and the law firm of Mallory and Friedman is appointed as Liaison Counsel for the proposed class in the consolidated action.

**SO ORDERED.**

_/s/ James R. Muirhead_
James R. Muirhead
United States Magistrate Judge

Date: September 21, 2005

cc:   Douglas C. Doskocil, Esq.
      Jennifer A. Eber, Esq.
      Christine Friedman, Esq.
      Mark L. Mallory, Esq.
      William L. Chapman, Esq.

4