UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


IN RE:  Stockeryale, Inc. Securities Litigation

                         Civil No. 05-cv-177-SM



                         ORDER

      Re: Document No. 39, Proposed Discovery Plan


      Ruling:  Approved and adopted as a pretrial scheduling order with the following modifications: Assigned to the complex track - trial November, 2008; Discovery will be phased: Class discovery will proceed first generally, but simultaneous document discovery may proceed on all issues with deposition discovery on the merits commencing after class certification issues are resolved;  plaintiffs disclose experts and reports on or before April 1, 2007, defendants on or before November 1, 2007, all supplementations no later than 120 days prior to trial, and all expert challenges filed no later than 90 days prior to trial;  additional plaintiffs and defendants joined on or before April 1, 2007;  third party actions filed within 120 days of the date of this order; motion for class certification filed on or before March 1, 2007;  class certification discovery complete on or before May 1, 2007, defendants' opposition to class certification filed on or before June 1, 2007.



                         _____
                         Steven J. McAuliffe
                         Chief District Judge

Date:  November 17, 2006

cc:  All counsel of record